FILED
MAY 02 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FILED
MAY 02 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

# VERDICT FORM

We, the jury, find with respect to the claims of Plaintiff Terry Brandon as follows: [Place an "X" on the appropriate line for each defendant.]

|  | For Plaintiff Terry Brandon | Against Plaintiff Terry Brandon |
|---|---|---|
| As to: Defendant Robert Renaker | _____ | ___X___ |
| Defendant Michael Schull, Jr. | _____ | ___X___ |

## DAMAGES

If you have found in favor of a Defendant(s) place a zero award for Plaintiff as against that Defendant(s).

(a) Plaintiff Terry Brandon is awarded $____0____ in compensatory damages against Defendant Robert Renaker.

(b) Plaintiff Terry Brandon is awarded $____0____ in compensatory damages against Defendant Michael Schull, Jr.

**IF YOU HAVE FOUND FOR PLAINTIFF TERRY BRANDON AS TO ANY INDIVIDUAL DEFENDANT ABOVE:**

Do you award Plaintiff Terry Brandon punitive damages and, if so, in what amount? (As to each Defendant, either (1) place an "x" on the YES line and fill in the amount or (2) place an "x" on the NO line.)

Robert Renaker  _____ Yes  ___X___ No
If Yes, fill in amount  $_____

Michael Schull, Jr.  _____ Yes  ___X___ No
If Yes, fill in amount  $_____

s/Juror       s/Juror
s/Juror       s/Juror
s/Juror       s/Juror
s/Juror       s/Foreperson
s/Juror